IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHRIS CHAPMAN )
)
v. ) NO. 3-11-1135
) JUDGE CAMPBELL
RICKY BELL, et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 156) and Objections filed by the Plaintiff (Docket No. 170). Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Restraining Order/Order of Protection and Preliminary Injunction (Docket No. 39) is DENIED. Plaintiff's Motion for Additional Time to Identify Previously Unnamed and Unidentified Defendants (Docket No. 132) is DENIED.[1] Defendants' Motions to Dismiss (Docket Nos. 77, 95 and 113) are GRANTED, and Plaintiff's federal claims are DISMISSED.[2] Any pending Motions are denied as moot, and the Clerk is directed to close the file. Any appeal of this Order is not certified as taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] This Motion was granted by the Magistrate Judge in an earlier Order (Docket No. 146). The Magistrate recommends that his earlier Order be changed and this Motion now be denied.

[2] There is no indication in the record that Defendant J. Jones has been served.